```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

K.S., ET AL.,                                    23-cv-4035 (JGK)

           **Plaintiffs,**                  **ORDER**

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

           **Defendants.**
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **September 13, 2023.**

**SO ORDERED.**

Dated:    New York, New York
           August 31, 2023

                                              /s/ John G. Koeltl
                                    ―――――――――――――――――――
                                    **John G. Koeltl
                                    United States District Judge**