UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K.S., <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br> Defendant. | 23 Civ. 4035 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

An order issued February 15, 2024, referred the parties to settlement discussions before Magistrate Judge Aaron and required them to file a joint status letter by April 19, 2024. *See* ECF No. 31. An order issued by Judge Aaron on February 28, 2024, scheduled a mediation conference for May 15, 2024. *See* ECF No. 32. It is hereby **ORDERED** that the parties shall file the required status letter by **May 17, 2024.** Such letter shall either state that the parties resolved the matter at mediation or, alternatively, shall propose next steps in this litigation.

SO ORDERED.

Dated: February 29, 2024
New York, New York

_____
DALE E. HO
United States District Judge