

| | | |
|---|---|---|
| **Muriel Goode-Trufant**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Lauren Howland**<br>*Special Assistant Corporation Counsel*<br>Office: (212) 356-2016 |

February 20, 2025

**VIA ECF**
Hon. Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *K.S. v. N.Y.C. Dep't of Educ.,* 23-cv-4035 (DEH)(SDA)

Dear Judge Ho:

    I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Muriel Goode-Trufant, attorney for City of New York, New York City Department of Education ("DOE"), New York City Board of Education, and DOE Chancellor David Banks, collectively, ("Defendants"), in the above-referenced action, wherein two Plaintiffs seek, *inter alia*, compliance with two resolution agreements ("Resolution Agreements") pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*. ("IDEA") administrative hearings.

    The parties write jointly pursuant to the Court's Order on January 7, 2025 (ECF No. 48), to respectfully request the Court extend the time for the parties to submit a stipulation of settlement ("Stipulation"), from February 17 to February 28, *nunc pro tunc*. The parties apologize for the lateness of this request, and the inconvenience to the Court.

    Accordingly, the parties respectfully propose that the Court grant an extension until February 28, 2025, *nunc pro tunc*, for the parties to submit their Stipulation

    Thank you for considering this request.

                                                  Respectfully submitted,

                                                  /s/
                                                  Lauren Howland
                                                 Special Assistant Corporation Counsel

Application GRANTED.  The parties are cautioned that further extensions shall not be granted absent a showing of good cause.  SO ORDERED.

Dated: February 21, 2025
New York, New York

                              Dale E. Ho
                              United States District Judge